**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00103-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-Y**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's request for temporary relief pending petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/ LANA MYERS
   JUSTICE